IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JUL - 6 2009

CLE...
ALE...

ELIZABETH ANNE BOLES, )
    Plaintiff, )
     )
v. )     Civil Action No. 1:09cv19
     )
DESTINATION MOVERS, INC., )
    Defendant. )

## JUDGMENT ORDER

Upon consideration of the June 10, 2009 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and based upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the June 10, 2009 Report and Recommendation.[1]

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against defendant in the total amount of $8,271.50, plus costs as taxed by the Clerk.

The Clerk is **DIRECTED** to enter judgment pursuant to Rule 58, Fed. R. Civ. P. and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a certified copy of this Judgment Order to defendant and all counsel of record.

Alexandria, VA
July 6, 2009

/s/
T. S. Ellis, III
United States District Judge

---

[1] On page 3 of the Report, the Magistrate Judge indicates, *inter alia*, that plaintiff submitted paperwork to Anthem Claims Management, LLC on July 2, 2009. It is clear from a review of the record that the Magistrate Judge's reference in this instance to 2009, rather than 2008, was an inadvertent typographical error.